# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McEwen, Catherine P. | Bankruptcy Court, M. Dist. Fla | 07/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

801 N. Florida Avenue
Suite 854
Tampa, Florida 33602-3899

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | _____ (active for collection purposes only) |
| 2. | Advisory Board Member | Salesian Youth Center (charitable organization) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 3/15-16/2012 | Tampa, FL | Paskay seminar | Parking (reimb.) and meals (reimb. and direct) [all <$350, but see line 10, which puts aggregate at >$350]. |
| 2. | National Conference of Bankruptcy Judges | 3/19-20/2012 | Miami, FL | Mid-Year Meeting | Parking, airfare, lodging, and tips (all reimb.), meals (reimb. and direct). |
| 3. | Attorneys' Title Fund Services, LLC | 5/4-5/2012 | Orlando, FL | 48th Annual Fund Assembly | Mileage (reimb.), parking and lodging (direct). |
| 4. | The Florida Bar | 6/20-21/2012 | Kissimmee, FL | Fla. Bar annual meeting | Mileage, lodging, and parking (all reimb.), meals (reimb. and direct). |
| 5. | Ferguson-White Inn of Court/ American Inns of Court | 8/10-11/2012 | Orlando, FL | AIC Leadership Summit | Hotel and dinner (reimb.), lunches and registration fee (direct). |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McEwen, Catherine P. | 07/10/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The Florida Bar | 8/31-9/3/2012 | Naples, FL | Fla. Bar Business Law Section retreat | Mileage, meals, lodging, parking (all reimb.) (plus registration fee waiver (includes some meals) reported in Pt. V). |
| 7. | Jacksonville Bankruptcy Bar Association | 10/11-12/2012 | St. Augustine, FL | Annual seminar | Meals (reimb. and direct), lodging (direct) (plus registration fee waiver < reportable gift). |
| 8. | Ferguson-White Inn of Court | 10/20-21/2012 | Washington, D.C. | Celebration of Excellence @ Supreme Court | Parking, ground transportation, lodging, meals (all reimb.), airfare and registration/dinner fee (direct). |
| 9. | The Florida Bar | 11/8/2012 | Tampa, FL | View from the Bench seminar | Parking [reimb. only $10, but see lines 4 and 6, which puts aggregate at >$350] (plus registration fee waiver reported in Pt. V). |
| 10. | American Bankruptcy Institute | 11/29-12/1/2012 | Tampa, FL | 24th Annual Winter Leadership Conf. | Parking,, airfare, ground transporation, and meals (all reimb.), lodging (direct) ( plus registration fee waiver reported in Pt. V). |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tampa Bay Bankruptcy Bar Association | Dues waiver ($85); regular lunches/holiday party,...cont'd in Pt. VIII. | $690.00 |
| 2. | American Bankruptcy Institute | Waived registration fees mentioned in Pt. IV, lines 1 and 10. | $790.00 |
| 3. | The Florida Bar | Waived registration fees mentioned in Pt. IV, lines 6 and 9. | $725.00 |
| 4. | Linda McEwen/Tampa Bay Lightning | Channelside Club tickets (2 games), plus parking. | $360.00 |
| 5. | Ray and Kathy Hyer/Gardner-Gibson, Inc./Sun Coatings, Inc. | Outback Bowl ticket and UF FB Box tickets (3) Sr. Game...cont'd in Pt. VIII. | $1,645.71 |
| 6. | Att'ys Title Fund Services, LLC (Valerie Jahn Grandin) | Title Notes (three) [this was actually a gift to the Court via me], 5 program CDs. | $1,112.50 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McEwen, Catherine P. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank DDA/CD/savings/MMA accounts | A | Interest | K | T | | | | | |
| 2. AmeripriseONE Financial Acc't - MMA (non-IRA) | A | Interest | | | Closed | 10/16/12 | J | | |
| 3. State Farm Bank Account | A | Interest | J | T | | | | | |
| 4. State Farm Life Ins. Co. Var. Deferred Annuity (ROTH IRA) | A | Interest | J | T | | | | | |
| 5. Ameriprise MMA for Brokerage Acc'ts for IRAs | A | Interest | | | Closed | 05/01/12 | J | | |
| 6. AXA IRA #1 (SEP) (nos. 7-14 below) | | | | | | | | | |
| 7. -Oppenheimer Global Strat. Inc. A (OPSIX) | A | Dividend | J | T | | | | | |
| 8. -Oppenheimer Main St. Select A (OMSOX) | A | Dividend | J | T | | | | | |
| 9. -Oppenheimer Main St. Sm.-M/Cap Class A (OPMSX) | A | Dividend | J | T | | | | | |
| 10. -Oppenheimer Sm. and Mid Cap Value Class A (QVSCX) | A | Dividend | J | T | | | | | |
| 11. -Oppenheimer Select Value (OSVAX) | A | Dividend | J | T | | | | | |
| 12. -Oppenheimer Intl Diversified Class A (OIDAX) | A | Dividend | J | T | | | | | |
| 13. -Calamos Invt Trust New Growth Fund Class A (CVGRX) | A | Dividend | J | T | | | | | |
| 14. -Calamos Invt TR New Conv FD-Class A (CCVIX) | A | Dividend | J | T | | | | | |
| 15. AMERPRISE IRA (Annuity) (nos. 16-24 below) | | | | | | | | | |
| 16. -AllBern VPS Intl Val | A | Dividend | K | T | Buy (add'l) | 11/01/12 | J | | |
| 17. -Fid VIP Contrafd Cl 2 | A | Dividend | K | T | Sold (part) | 11/1/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Fid VIP Mid Cap Cl 2 | A | Dividend | K | T | Buy (add'l) | 11/01/12 | J | | |
| 19.  -COL VP Divnd Opp Cl3 | A | Dividend | K | T | Sold (part) | 11/1/12 | J | | |
| 20.  -COL Mid Cap Val Cl3 | A | Dividend | K | T | Sold (part) | 11/1/12 | J | | |
| 21.  -Wanger USA | A | Dividend | K | T | Sold (part) | 11/1/12 | J | | |
| 22.  -Wanger International | A | Dividend | K | T | Sold (part) | 11/1/12 | J | | |
| 23.  -FT VIP Small Cap Valu | A | Dividend | K | T | Sold (part) | 11/1/12 | J | | |
| 24.  -Oppenheimer Strat Inc Cl3 | A | Dividend | K | T | Buy (add'l) | 11/01/12 | J | | |
| 25.  AXA IRA #2 (Reg. IRA) (nos. 26-27 below) | | | | | | | | | |
| 26.  -Thornburg Value Fund Class A M/F (R/O) (TVAFX) | | | J | T | | | | | |
| 27.  -Putnam Absolute Ret. 700-B (PDMBX) | | None | K | T | | | | | |
| 28.  JP Morgan Gov't MM Fund for AXA IRAs | A | Interest | J | T | | | | | |
| 29.  Stock | | None | J | W | | | | | |
| 30.  Florida Prepaid Tuition Plan for GFP | | None | J | T | | | | | |
| 31.  Florida Prepaid Tuition Plan for ATM | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

V.

No. 3: and pizza lunches (est. $380), 1/2 day seminar registration fee waiver ($115), annual dinner and annual dinner token gift (est. $110), total value $690 (no individual gift item exceeds $134, although together all items exceed $335).

No. 5: (incl. food/bev. at both events), holiday gala.

VII.

No. 1: The aggregate includes the balance of my closely held P.A. DDA account.

No. 2: I transferred the funds to my savings account, which is included in line 1.

No. 6: I transferred all funds in my SEP IRA to a new administrator, AXA Advisors, from Ameriprise on 5-1-2012.

No. 13: My 2010 FDR shows the name of this fund as Calamos Growth Fund-Class B M/F (CVGBX). This is what my 12-31-10 SEP IRA statement showed. Without explanation, my 1-1-2011 SEP IRA statement shows the name I have listed. Upon inquiry, Calamos explained that my Class B shares became Class A shares.

No. 14: My 2010 FDR shows the name of this fund as Calamos Convertible Fund-Class B M/F (CALBX). This is what my 12-31-10 SEP IRA statement showed. Without explanation, my 1-1-2011 SEP IRA statement shows the name I have listed. Upon inquiry, Calamos explained that my Class B shares became Class A shares.

Nos. 13-14: These funds reported nominal long-term capital gains (<$,1000 each) on 12/21/12, which were reinvested on the same day. I did not know how to report these because there was not a long-term gain choice in the drop down menu under B (2).

No. 15: This annuity's name is RiverSource Life Insurance Company Retirement Advisor 4 Advantage VA (changed from the Ameriprise name).

No.19: This fund was named COL VP Div Eq Inc Fd but underwent a name change on 6-29-2012.

No. 20: This fund was f/k/a COL VP Mid Cap Value.

No. 21: This fund was f/k/a Wanger US Smaller Co.

No. 22: This fund was f/k/a Wanger Intl Small Cap.

No. 24: This fund was f/k/a Oppenheimer Strat Bond, and I think it went through another name change in 2013.

No. 25: I transferred all funds in my regular IRA to a new administrator, AXA Advisors, from Ameriprise on 5-1-2012.

No. 28: These funds came from the account I closed as shown on line 5.

No. 29.              has an attorney's trust account that is not and should not be reflected as an asset              It is a Florida Bar IOTA account, with interest payable to The Florida Bar. The value of              is based on potential receivables and a DDA bank balance that is also included in line 1 on Part VII.

Nos. 30-31: Pursuant to privacy recommendations, I have used the initials              for whom I have purchased these plans.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine P. McEwen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544